J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone: (415) 397-1757
Facsimile: (415) 433-7258

Attorney for Defendant
TREARL MALONE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR-04-0083 MJJ |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER ALLOWING DEFENDANT TO VISIT FAMILY ON THANKSGIVING |
| v. | ) | |
| TREARL MALONE, | ) | |
| Defendant. | ) | |

Defendant Malone having requested to visit his family on Thanksgiving Day, and Pretrial Services Officer Victoria Gibson and Assistant United States Attorney Gregory Lowder having no objection,

IT IS HEREBY ORDERED that defendant Trearl Malone be permitted to be released from Cornell Corrections to visit with his wife and daughter on Thanksgiving Day, November 23, 2006 between 9:00 a.m. and 9:00 p.m.

IT IS FURTHER ORDERED that the next status conference is changed from 10:00 a.m. on December 6, 2006 to 2:00 p.m. on the same date.

DATED: November 16, 2006

_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ALLOWING DEFENDANT
TO VISIT FAMILY ON THANKSGIVING