```
J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
TREARL MALONE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-04-0083 MJJ |
| Plaintiff, | [~~PROPOSED~~] **ORDER AMENDING BOND** |
| v. | |
| TREARL MALONE, | |
| Defendant. | |

Pursuant to the ruling made by the Court at the status hearing on December 6, 2006, the defendant's bond is hereby amended as follows:

1. Mr. Malone shall be allowed a home visit from 10:00 a.m. on Sunday, Christmas Eve, December 24, through 8:00 p.m. on Christmas Day, December 25, and a home visit from 10:00 a.m. on Sunday, New Years Eve, December 31, through 8:00 p.m. on New Years Day, January 1, 2007.

2. Mr. Malone shall be allowed to take his wife to dinner on her birthday which is Saturday, December 9 (a day on which he already has an authorized visit), provided that he advise Pretrial Services officer Victoria Gibson in advance where he will be going.

[PROPOSED] ORDER AMENDING BOND

1

3. Mr. Malone shall be allowed to visit with his family after church on Sundays until 8:00 p.m. in lieu of his Saturday visits with his family, as long as he will be working on Saturdays. If he will not be working on a Saturday, he must advise Pretrial Services.

A further status hearing will be held on January 31, 2007 at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 12 , 2006.



_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AMENDING BOND

2