```
J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
TREARL MALONE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-04-0083 MJJ |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER ALLOWING DEFENDANT TO ASSIST WIFE IN MOVING |
| v. | ) ) | |
| TREARL MALONE, | ) ) | |
| Defendant. | ) ) | |

Defendant Malone has requested to help his wife move from Benicia to an apartment in Oakland on March 17-18, 2007. Pretrial Services Officer Victoria Gibson has no objection. Assistant United States Attorney Gregg Lowder objects to any enlargement of the defendant's conditions of release.

IT IS HEREBY ORDERED that defendant Trearl Malone be permitted to be released from Cornell Corrections to help move his wife and daughter to a new apartment on Saturday and Sunday, March 17-18, 2007 between 9:00 a.m. and 9:00 p.m.

If the move is not completed on that weekend, the defendant may complete the move on a date and time to be approved by Pretrial Services Officer Victoria Gibson.

DATED: March ~~12~~ 15, 2007.

_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

[~~PROPOSED~~] ORDER ALLOWING DEFENDANT
TO ASSIST HIS WIFE IN MOVING