```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone: (415) 397-1757
    Facsimile: (415) 433-7258
 4
    Attorney for Defendant
 5  TREARL MALONE
```

                IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-04-0083 MJJ |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AMENDING BOND |
| v. | ) | |
| TREARL MALONE, | ) | |
| Defendant. | ) | |

This matter came on for hearing on March 22 and April 12, 2007 and good cause appearing therefor, the defendant's bond is hereby amended such that he shall be placed on G.P.S. monitoring at the earliest convenience of Pretrial Services. He shall be allowed to reside with his wife and daughter at 3390 Arkansas Street, Apt. 6 in Oakland, and shall be allowed to leave that residence to travel to and from his employment and to and from church services, as previously ordered by the Court.

A further status hearing will be held on June 13, 2007 at 9:30 a.m.

IT IS SO ORDERED.

DATED: April 16, 2007.

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AMENDING BOND