UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-04-0083 MJJ |
| Plaintiff, | |
| v. | **ORDER VACATING ORDER AMENDING BOND** |
| TREARL MALONE, | |
| Defendant. | |

Pursuant to the ruling made by the Court at the status hearing on April 18, 2007, the Order Amending Bond filed on April 16, 2007 (Docket No. 331) is hereby vacated pending further hearing. Defendant shall continue to reside at the halfway house and shall comply with all the pretrial release conditions.

A further status hearing is set for April 26, 2007 at 9:30 a.m. to revisit Defendant's request to be released from halfway house and be placed on GPS monitoring.

IT IS SO ORDERED.

Dated: April 18, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge