```
                                              FILED
                                              APR 2 6 2007
                                              RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```

1  J. FRANK McCABE (SBN 48246)
   Attorney at Law
2  500 Sansome Street, Suite 212
   San Francisco, California 94111
3  Telephone: (415) 397-1757
   Facsimile: (415) 433-7258
4
   Attorney for Defendant
5  TREARL MALONE

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9  UNITED STATES OF AMERICA,   )   NO. CR-04-0083 MJJ
                               )
10         Plaintiff,           )   [PROPOSED] ORDER AMENDING BOND
                               )
11      v.                     )
                               )
12 TREARL MALONE,              )
                               )
13         Defendant.          )
   _____)
14

15         This matter came on for hearing on March 22 and April 12,
   *+ 4/26/07*
16 2007, and good cause appearing therefor, the defendant's bond is

17 hereby amended such that he shall be placed on G.P.S. monitoring at

18 the earliest convenience of Pretrial Services.  He shall be allowed

19 to reside with his wife and daughter at 3390 Arkansas Street, Apt. 6

20 in Oakland, and shall be allowed to leave that residence to travel

21 to and from his employment and to and from church services, as

22 previously ordered by the Court. *Defendant shall be subject to*
   *drug testing as directed by PTS. EC*
23 A further status hearing will be held on June 13, 2007 at

24 9:30 a.m.

25         IT IS SO ORDERED.

26

27 DATED: April 26, 2007.

28                                    _____
                                      EDWARD M. CHEN
                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AMENDING BOND